IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RASHAAD A. IMANI,

    Petitioner,                                                           JUDGMENT IN A CIVIL CASE

  v.                                                                      Case No. 11-cv-677-wmc

TIM HAINES,

    Respondent.

     This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

     IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent Tim Haines dismissing with prejudice petitioner Rashaad A. Imani's petition for a writ of habeas corpus under U.S.C. § 2254.

     /s/                                                                     September 29, 2014

    Peter Oppeneer, Clerk of Court                              Date