DOC NO
REC'D/FILED

2014 OCT 30 AM 11:44

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

Rashaad A. Imani Plaintiff,

NOTICE OF APPEAL

v.

William Pollard, Warden

Case No. 11-cv-677 wmc

Defendant.

---

Notice is given that the plaintiff/defendant, Rashaad A. Imani, appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on September 29th 2014.

Dated and signed this 23rd, day of October, 2014.

Waupun, Wisconsin.

Rashaad Imani
(Signature)

Waupun Correctional Institution
P.O. Box 351
(Street Address)

Waupun, Wisconsin, 53963
(City, State, Zip)