IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RASHAAD A. IMANI,
         Petitioner,

v.

WILLIAM POLLARD, Warden,
Waupun Correctional Institution,

         Respondent.

ORDER

11-cv-677-wmc
App. No. 14-3407

      On November 3, 2014, the court directed petitioner Rashaad A. Imani to pay $89.80 as an initial partial payment of the $505 fee for filing his appeal.  Now, Imani has filed a motion for reconsideration of that order.  (Dkt. # 39)

      In Imani's motion, he requests that the court issue an order directing the business office at his institution to allow him to use his release account funds to pay his initial partial appeal payment.  Imani's motion will be granted.  Further, Imani will be provided with an enlargement of time to submit his initial partial appeal payment to the court.

      If Imani does not have the money to make the initial partial appeal payment in his regular account, prison authorities may pay some or all of the assessment from his release account.  The only amount Imani must pay at this time is the $89.80 initial partial appeal payment.  Before prison officials take any portion of that amount from Imani's release account, they may first take from Imani's regular account whatever amount up to the full amount Imani owes.  Imani should show a copy of this order to prison officials to make sure they are aware they should send Imani's initial partial appeal payment to this court.

ORDER

IT IS ORDERED that:

1. Petitioner Rashaad A. Imani's motion for reconsideration (Dkt. # 39) is GRANTED. The business office at Waupun Correctional Institution is directed to use Imani's release account funds to pay his initial partial appeal fee if sufficient funds do not exist in his regular account.

2. Imani may have an enlargement of time, to December 5, 2014, in which to submit a check or money order made payable to the Clerk of Court in the amount of $89.80, as an initial partial payment of the docketing fee for his appeal.

3. Imani is advised that if he fails to make his initial partial fee payment as directed by December 5, 2014, the clerk's office will notify the court of appeals so that it may take whatever action it deems appropriate with respect to this appeal.

Entered this 14th day of November, 2014.

BY THE COURT:

/s/
WILLIAM M. CONLEY
District Judge