IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RASHAAD A. IMANI,

    Petitioner,

v.

WILLIAM POLLARD, Warden,
Waupun Correctional Institution,

    Respondent.

ORDER

11-cv-677-wmc

---

Petitioner Rashaad A. Imani filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254, challenging the validity of his state court conviction for aggravated robbery as a repeat offender and possession of a firearm as a felon, in *State v. Imani*, Waukesha County Case No. 06CF677. This court dismissed the petition with prejudice on September 29, 2014. On June 22, 2016, the Court of Appeals for the Seventh Circuit reversed this court's decision and remanded the case with instructions to grant the petitioner's petition for a writ of habeas corpus and order the state to either release Imani or retry him "promptly." Therefore, the court is granting the petition.

ORDER

IT IS ORDERED that petitioner Rashaad A. Imani's petition for a writ of habeas corpus under 28 U.S.C. § 2254 is GRANTED. Petitioner is to be released within 60 days of the issuance of this order unless the state advises the court before then that it intends to provide petitioner a prompt trial.

Entered this 9th day of August, 2016.

BY THE COURT:

_____
WILLIAM M. CONLEY
District Judge