IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RASHAAD A. IMANI,

    Petitioner,

v.

WILLIAM POLLARD, Warden,
Waupun Correctional Institution,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-677-wmc

This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered granting the petition of Rashaad A. Imani for a writ of habeas corpus under 28 U.S.C. § 2254. Petitioner is to be released within 60 days of the issuance of this court's order unless the state advises the court before then that it intends to provide petitioner a prompt trial.

Approved as to form this 16th day August, 2016.

*/s/ William M. Conley*
William M. Conley
District Judge

*/s/ Peter Oppeneer*
Peter Oppeneer, Clerk of Court

8/16/16
Date